[Merrimack, December, 1879.]

### DAVIS v. WEBSTER.

*Albin*, for the plaintiff.

*Barnard*, for the defendant.

STANLEY, J.   No question of law is raised in this case.   The plaintiff was entitled to recover, if there was a special contract, the contract price, and, if there was no contract, the fair value of his services.   The existence of the contract and the value of the services were questions of fact.   Upon one or the other of these grounds the referee has found for the plaintiff, and no ground appears for disturbing the finding.

*Exception overruled.*

ALLEN, J., did not sit: the others concurred.